Steven T. Lowe, Esq. SBN 122208
steven@lowelaw.com
Kris LeFan, Esq., SBN 278611
kris@lowelaw.com
LOWE & ASSOCIATES, P.C.
11400 Olympic Blvd., Suite 640
Los Angeles, CA 90064
Telephone: (310) 477-5811
Facsimile: (310) 477-7672

Hao Ni (*pro hac vice*)
hni@nilawfirm.com
NI, WANG & MASSAND, PLLC
8140 Walnut Hill Lane, Suite 500
Dallas, TX 75231
Telephone: (972) 331-4600
Facsimile: (972) 314-0900

*Attorneys for Plaintiff*
*Bluestone Innovations LLC*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **BLUESTONE INNOVATIONS LLC,**<br><br>                    Plaintiff,<br><br>     v.<br><br>**WAYFAIR LLC,**<br><br>                    Defendant | Case No. 3:15-cv-05484-SI<br><br>**STIPULATION TO STAY PROCEEDINGS PENDING SETTLEMENT**<br><br>Hon. Susan Illston<br><br>[Filed concurrently with Proposed Order] |

WHEREAS, Plaintiff Bluestone Innovations, LLC ("Bluestone") and Defendant Wayfair LLC ("Wayfair") (collectively the "Parties"), are preparing finals terms and conditions for a settlement in this action;

WHEREAS, the Parties are in the process of finalizing the agreement;

WHEREAS, the Parties anticipate the process will be complete within 30 days;

NOW, THEREFORE IT IS HEREBY STIPULATED by and among the Parties, and through their undersigned counsel, that all current deadlines, including ADR-related deadlines, be stayed until **July 14, 2016** pending the finalization of the agreement.

Dated: June 14, 2016              **NI, WANG & MASSAND, PLLC**

By:   /s/ *Hao Ni*
      Hao Ni
      *Attorney for Plaintiff*
      *Bluestone Innovations, LLC*

Dated: June 14, 2016              **LTL ATTORNEYS LLP**

By:   /s/ *Mark Nelson*
      Mark Nelson
      *Attorney for Defendant*
      *Wayfair LLC*