1  JENNIFER D. BENNETT (Bar No. 235196)
   DENTONS US LLP
2  1530 Page Mill Road, Suite 200
   Palo Alto, California  94304-1125
3  Telephone:    (650) 798-0325
   Facsimile:    (650) 798-0310
4  E-mail:       jennifer.bennett@dentons.com

5  MARK C. NELSON*
   DENTONS US LLP
6  2000 McKinney, Suite 1900
   Dallas, Texas 75201
7  Telephone:    (214) 259-0900
   Facsimile:    (214) 259-0910
8  E-mail:       mark.nelson@dentons.com

9  * admitted *pro hac vice*

10 *Attorneys for Defendant
   Wayfair LLC*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **BLUESTONE INNOVATIONS LLC,** | Case No. 3:15-cv-05484-SI |
| Plaintiff, | **[PROPOSED] ORDER RE: STIPULATION TO FURTHER STAY PROCEEDINGS PENDING SETTLEMENT** |
| v. | |
| **WAYFAIR LLC,** | Hon. Susan Illston |
| Defendant | |

1   Having considered the Plaintiff Bluestone Innovations LLC and Defendant Wayfair
2   LLC's (collectively the "Parties'") Stipulation to Stay Proceedings Pending Settlement,
3   IT IS HEREBY ORDERED, that all deadlines, including ADR-related deadlines, between
4   the Parties are stayed until **August 25, 2016**.

6   Dated: _____Aug. 5_____, 2016

    _____
    The Honorable Susan Illston
    United States District Court Judge

-1-
[PROPOSED] ORDER RE: STIPULATION TO FURTHER STAY PROCEEDINGS PENDING SETTLEMENT
CASE NO. 3:15-cv-05484-SI