UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BLUESTONE INNOVATIONS LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>WAYFAIR LLC,<br><br>    Defendant. | Case No. 3:15-cv-05484-SI<br><br>**ORDER TO SHOW CAUSE RE: STAY PTENDING SETTLEMENT** |

On August 29, 2016, the Court, at the parties' request, ordered that this matter be stayed through September 22, 2106.  This action had been stayed three times before, pending settlement; hence the most recent order specifically stated that no further extensions of the stay were contemplated.

The parties have filed nothing else in this action since the August 29, 2016 stay.[1]  Accordingly, plaintiff is **ORDERED TO SHOW CAUSE, in writing to be filed no later than October 7, 2016, why the stay in this action should not be lifted**.

**IT IS SO ORDERED.**

Dated:   October 3, 2016

SUSAN ILLSTON
United States District Judge

---

[1] There are numerous other patent actions related to this case.  Many of them have settled, and three others have, by stipulation, been given amended claim construction schedules.  *See* 15-5488-SI, dkt. 44; 15-5480-SI, dkt. 40; and 15-5478-SI, dkt. 47.